IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CLIFTON JR. HOUSTON                                                              PLAINTIFF

V.                                              CIVIL ACTION NO. 3:08cv117-HTW-LRA

CHRISTOPHER EPPS                                                              DEFENDANT

---

**AGREED ORDER OF DISMISSAL**

---

The Court having considered the Motion to Dismiss filed by plaintiff and finding that the defendant has no objection to such dismissal,

IT IS, THEREFORE, ORDERED that this case is dismissed without prejudice.

SO ORDERED, this the 25th day of June, 2008.

*s/Linda R. Anderson*
UNITED STATES MAGISTRATE JUDGE